# UNITED STATES DISTRICT COURT
## District of Minnesota

| | |
|---|---|
| Cristhian Diego Zhumi Chilpe, | **JUDGMENT IN A CIVIL CASE** |
| Petitioner, | |
| v. | Case Number: 26-cv-299 JMB/LIB |
| Pamela Bondi, Kristi Noem, Todd M. Lyons, David Easterwood, David Easterwood, | |
| Respondents. | |

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. Respondents must immediately provide Petitioner with a bond hearing under 8 U.S.C. § 1226(a), and in any event, on or before 5:00 p.m. CT on January 22, 2026.

2. If Respondents do not provide Petitioner with a bond hearing under 8 U.S.C. §1226(a) as required herein, Petitioner must be immediately released from detention.

3. On or before <u>11:00 a.m. CT on January 23, 2026</u>, counsel for Respondents shall file a letter affirming that Petitioner received a bond hearing as required by this Order and advising the Court as to the results of the bond hearing, or if no bond hearing was held, affirming that Petitioner was released from custody.

4. To the extent Petitioner seeks additional relief, the Petition is DENIED.

Date: 1/21/2026                                           KATE M. FOGARTY, CLERK