# UNITED STATES DISTRICT COURT
## District of Minnesota

Cristhian Diego Zhumi Chilpe,

Petitioner,

v.

Pamela Bondi, Kristi Noem, Todd M. Lyons,
David Easterwood,

Respondents.

**JUDGMENT IN A CIVIL CASE**

Case Number: 26-cv-299 (JMB/LIB)

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

the Motion to Amend (Doc. No. 13) is GRANTED in part and DENIED in part, and that the

Court's previous Order (Doc. No. 6) is amended as follows:

1. Respondents are ORDERED to release Petitioner from custody immediately in Minnesota without conditions, and in any event no later than 4:00 p.m. CST on February 12, 2026.

2. On or before 11:00 a.m. CT on February 13, 2026, counsel for Respondents shall file a letter affirming that Petitioner was released from custody in Minnesota without conditions in accordance with this Order. Counsel shall also file a declaration on or before 11:00 a.m. CT on February 13, 2026, pursuant to 28 U.S.C. § 1746 by an individual with personal knowledge that states when and where the Petitioner was released, attaches any and all documentation concerning the Petitioner's release, and affirms that all property of Petitioner was returned to Petitioner upon release (or, if property is retained, state which property is retained, the legal basis for its retention, and affirm that Respondents duly provided Petitioner with certified copies of any and all immigration-related documentation).

3. To the extent Petitioner seeks relief beyond an order requiring release or an order requiring a bond hearing, the Motion to Amend is DENIED.

4. Respondents' Motion for an Extension of Time (Doc. No. 16) is DENIED.

Date: 2/11/2026

KATE M. FOGARTY, CLERK